In the Matter of CHARLES RESCHKE, Deceased.

ANNE DIETERICH et al., Appellants; JOSEPH PECK, Respondent.

Argued May 19, 1943; decided June 18, 1943.

916

*Thomas F. Hyland* and *William H. Daly* for appellants.
*Edward R. Dobson* and *Anthony A. Cocheo* for respondent.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.